IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM A. WHITE, <br> Reg. No. 13888-084, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 18-cv-1682-JPG <br> ) <br> ) <br> ) <br> ) |

**EXHIBITS TO AMENDED COMPLAINT**