IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF ILLINOIS

E St Louis Division

William A White                         [
                                        [
        Plaintiff                       [
                                        [
v                                       [   Case No:   18-cv-1682
                                        [
United States of America                [
                                        [
        Defendant                       [
                                        [

MOTION TO SEAL Doc 15-6 p 1

AND Doc 15-8 p 2
------------------------------

Comes now the Plaintiff, William A White, and, I hereby Move this Court
to Seal Doc 15-6 p 1 and Doc 15-8 p 2 pursuant to Fed.R.Civ.p. 5.2(d).
In support, I state as follows:

1)  On March 5, 2019, Counsel C Blane Osman filed the Amended Complaint
    in this matter.Doc 14-15.

2)  In violation of Fed.R.Civ.P. 5.2, Osman filed my unredacted social
    security number and date of birth at Doc 15-6 p 1 and Doc 15-8 p 2.

3)  I note that, on further examination of the Amended Complaint, the
    Court has neither ordered this information sealed sua sponte nor
    declared this to be a "security risk."

As Osman violated Fed.R.Civ.P. 5.2(a), I ask this Court to seal Doc 15-6
p 1 and Doc 15-8 p 2 pursuant to Fed.R.Civ.P. 5.2(d).

                                    Respectfully Submitted,

                                    William A White #13888-084
                                    USP-Marion
                                    PO Box 1000
                                    Marion, IL 62959

-1-

## CERTIFICATE OF SERVICE
------------------------

I herbey certify that this Motion to Seal was mailed to the Clerk of the

Court and the US Attorney's Office for the Southern District of Illinois,

1st Class Postage prepaid, this 20th day of August, 2021.

William A White



William A White 13688-084
United States Penitentiary - Marion
PO Box 1000
Marion IL 62959

SAINT LOUIS MO 630

23 AUG 2021  PM 5  L

MAIL CLEARED
US MARSHALS

◇13888-084◇
Clerk -- Us Dist Ct Sd Ill
750 Missouri AVE
Room 104
E Saint Louis IL 62201
United States

62201-295429

